NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

David N. Ruben (Bar No. 156681)
RUBEN & SJOLANDER
1875 Century Park East, Suite 1050
Los Angeles, California 90067
Ph: (310) 788-2828; Fx: (310) 788-9029
e-mail: david.ruben@rubenandsjolander.com

ATTORNEYS FOR: Defendant, Saturn Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI ROBINSON<br><br>           v.<br>Plaintiff(s),<br><br>SATURN CORPORATION<br><br>Defendant(s) | CASE NUMBER<br><br>08 CV 0621 W RBB<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Saturn Corporation
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                               **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Patti Robinson                                         Plaintiff

Saturn Corporation                                     Defendant


5-/1/.8
Date

_David N. Ruben_
Sign

David N. Ruben
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)

## PROOF OF SERVICE

I am employed in the County of Los Angeles and my business address is 1875 Century Park East, Suite 1050, Los Angeles, California 90067. I am over the age of 18 years and I am not a party to this action. I am readily familiar with the practices of RUBEN & SJOLANDER for the collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On May 1, 2008, I served the foregoing document(s), bearing the title(s) **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in the action as follows:

[X]   by placing [] the **original** [X] a **true copy** thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[]   **(BY MAIL SERVICE)** I placed such envelopes for collection and to be mailed on this date following ordinary business practices.

[]   **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the office of the addressee.

[X]   **(BY EFILE SERVICE)** The above document was served on the interested party named above by electronic means via Efile.

[]   **(BY FEDERAL EXPRESS - NEXT DAY DELIVERY)** I caused to be delivered such envelope by hand to the office of the addressee.

[]   (**State**) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (**Federal**) I declare under penalty of perjury that I am employed by a member of the Bar of this Court, at whose direction this service is made.

Executed on May 1, 2008, at Los Angeles, California.

_Tricia Flansburg_
TRICIA FLANSBURG

**Patti Robinson v. Saturn Corporation**
**United States District Court**
**Southern District of California**
**Case No. 08 CV 0621 W RBB**

**SERVICE LIST**

Michael E. Lindsey, Esq.
LAW OFFICES OF MICHAEL E. LINDSEY
4455 Morena Boulevard, Suite 207
San Diego, California 92117
Ph: (858) 270-7000; Fx: (858) 270-7710

Martin W. Anderson, Esq.
ANDERSON LAW FIRM
2070 North Tustin Avenue
Santa Ana, California 92705
Ph: (714) 516-2700; Fx: (714) 532-4700
e-mail: martin@andersonlaw.net