LAW OFFICE OF MICHAEL E. LINDSEY
MICHAEL E. LINDSEY, State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
Tel: (858) 270-7000
E-mail: mlindsey@nethere.com

Attorneys for Plaintiff Patti Robinson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SATURN CORPORATION,<br><br>　　　　　　Defendant. | Case No. 08 CV 0621 W RBB<br><br>**SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION**<br><br>Complaint Filed: April 4, 2008<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Patti Robinson hereby applies *ex parte* for an order continuing the Early Neutral Evaluation Conference set for June 6, 2008, at 1:30 p.m.

Plaintiff seeks this relief on an *ex parte* basis because, if heard on a noticed motion basis, it would become moot before it could be heard.

///

///

- 1 -
*SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE;*
*MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION*

08 CV 0621 W RBB

## DECLARATION OF MICHAEL LINDSEY

I, MICHAEL LINDSEY, hereby declare as follows:

1. I am one of the attorneys for Plaintiff in this action. I make this Declaration in support of Plaintiff's *ex parte* application.

2. This case is currently set for an early neutral evaluation conference tomorrow, June 6, 2008, at 1:30 p.m. I request that the Court continue the ENE because I am ill. From time to time, I suffer from debilitating migraine headaches. When a migraine develops, it usually lasts between 12 hours and five days. I am presently in day three of a fairly severe migraine episode. Although I was feeling ill yesterday as well (when I appeared in Court on another matter), my symptoms have gotten progressively worse since then. Today, I have a very severe headache. I feel nauseous and have vomited twice today thus far. I feel very lethargic and am having difficulty concentrating. The vision in my right eye is blurry and I am having difficulty maintaining my balance. I suspect that I may also have the flu, however, many symptoms of migraine mimic the symptoms of flu.

3. I previously filed an *ex parte* application for the same relief, but the Court denied the application because the application did not include a declaration establishing the reason for my request. As I indicated above, I am having difficulty thinking clearly. I attempted to prepare the initial unsuccessful application on my own, and have now sought assistance from another lawyer when preparing this second application.

4. I submit this second application with the required declaration in the hope that the Court will continue the ENE and accommodate my concerns. I am available on the following dates for a continued ENE: June 9, 11, 13, 16, 18, and 19, 2008.

5. Defendant Saturn Corporation is represented by David Ruben of Ruben & Sjolander. Their address is 1875 Century Park East, Suite 1050, Los Angeles, CA 90067. His telephone number is (310) 788-2828 and their fax

1  number is (310) 788-9028.  On June 5, 2008, at approximately 5:00 p.m., I
2  telephoned Mr. Ruben and gave notice that I would be bringing this *ex parte*
3  application.  Mr. Ruben informed me that he would not oppose this application.
4  Mr. Ruben will receive a copy of this application through the Court's CM/ECF
5  system shortly after it is electronically filed with the Court.
6      I declare under penalty of perjury that the foregoing is true and correct.
7  DATED:  June 5, 2008

/s/ Michael E. Lindsey
MICHAEL E. LINDSEY

- 3 -
*SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE;*
*MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION*
08 CV 0621 W RBB

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## THE COURT SHOULD CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE

The Court has the inherent power to control its calendar. Plaintiff requests that the Court grant the application and continue the ENE for the reasons stated in the Declaration of Michael E. Lindsey, above.

DATED: June 5, 2008

                                    LAW OFFICES OF MICHAEL E. LINDSEY

                                    /s/ Michael E. Lindsey
                                    By:_____
                                         MICHAEL E. LINDSEY
                                    Attorneys for Plaintiff Patti Robinson

**PROOF OF SERVICE**

I, Michael E. Lindsey, am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to this action. My business address is 4455 Morena Blvd., Ste. 207, San Diego, California 92117-4325.

**ELECTRONICALLY:** On the date indicated below, an attorney with our office will file the document described below electronically using the Court's CM/ECF System. I am informed and believe that the Court's CM/ECF system will automatically e-mail a Notice of Electronic Filing to each registered CM/ECF user and that this e-mailing will constitute electronic service of the document.

Document(s) Served:

*EX PARTE* **APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE**

Person(s) served, address(es), and fax number(s):

Mr. David Ruben
Ruben & Sjolander
1875 Century Park East, Suite 1050
Los Angeles, CA 90067

Date of Service: June 5, 2008
Date Proof of Service Signed: June 5, 2008

I declare under penalty of perjury under the laws of the State of California and of my own personal knowledge that the above is true and correct.

```
        /s/ Michael E. Lindsey
```
Signature: _____