UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>SATURN CORPORATION,<br><br>        Defendants. | Civil No. 08cv0621 W(RBB)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE OR TELEPHONIC APPEARANCE DUE TO ILLNESS OF PLAINTIFF'S COUNSEL |

On June 5, 2008, Plaintiff's counsel submitted an Ex Parte Application for Continuance of Early Neutral Evaluation or Telephonic Appearance Due to Illness of Plaintiff's Counsel. He requests that the early neutral evaluation conference scheduled for June 6, 2008, at 1:30 p.m., either be continued or that the Court permit telephonic appearances due to illness of Plaintiff's counsel. Plaintiff has failed to submit a supporting declaration, to sign under penalty of perjury, to establish good cause. Furthermore, the Court's docket in <u>Crowley v. Saturn Corporation</u>, 08cv0664-DMS(NLS) [doc. no. 8], shows that, notwithstanding any illness, on June 4, 2008, Michael Lindsey and David Ruben both

appeared for an Early Neutral Evaluation Conference before Magistrate Judge Nita L. Stormes.

    Accordingly, Plaintiff's Ex Parte Application is <u>DENIED</u>.

DATED: June 5, 2008

Ruben B. Brooks, Magistrate Judge
United States District Court

cc:
Judge Sabraw
All Parties of Record