1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| PATTI ROBINSON, | Case No. 08 CV 0621 W RBB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| SATURN CORPORATION, | |
| Defendant. | |

20   The Court has reviewed Plaintiff Patti Robinson's *ex parte* application for an
21 order continuing the Early Neutral Evaluation ("ENE") Conference and any papers
22 filed in opposition and reply thereto.
23 ///
24 ///
25
26
27
28

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING THE EARLY
NEUTRAL EVALUATION CONFERENCE
08 CV 0621 W RBB

1  Good cause appearing, the Court now GRANTS the motion as follows:

2  The ENE conference is continued to June 26, 2008, at 2:00 p.m.

3  IT IS SO ORDERED

4  DATED: June 6, 2008

5  Ruben B. Brooks, Magistrate Judge
United States District Court

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND EX PARTE APPLICATION FOR AN ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE

08 CV 0621 W RBB