1  Michael E. Lindsey
   Attorney at Law
2  State Bar No. 99044
   4455 Morena Blvd., Ste. 207
3  San Diego, California 92117-4325
   (858) 270-7000
4
5  Attorney for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10
11  PATTI ROBINSON,                    )    Case No. 08-cv-0621 W RBB
                                       )
12                                     )    JOINT MOTION TO DISMISS
                       Plaintiff,      )
13                                     )
    v.                                 )
14                                     )
                                       )
15  SATURN CORPORATION,                )
                                       )
16                                     )
                       Defendants.     )
17                                     )
    _____)    JUDGE: Ruben B. Brooks
18
19
20          THE PARTIES by and through their counsel hereby stipulate that the above

21  captioned action has been settled as to all matters and move that it be dismissed with

22  prejudice pursuant to FRCP 41 (a)(I).

23

24  July 8, 2008
                                       _____
25                                          Michael E. Lindsey
                                            Attorney for Plaintiff
26
    July 8, 2008
27                                     _____
                                            Amy L. Sjolander
                                            Attorney for Defendant
28                                          SATURN CORPORATION

JOINT MOTION TO DISMISS, *Robinson v. Saturn*, Case No. 08-cv-0621 W RBB          1

1

<u>PROOF OF SERVICE BY MAIL</u>
(Sections 1013a, 2015.5 C.C.P.)

2

STATE OF CALIFORNIA     )

3                          ) ss.
COUNTY OF SAN DIEGO )

4

        I am employed in the County of San Diego, State of California.  I am over the age of 18

5   and not a party to the within action.  My business address is: 4455 Morena Blvd., Ste. 207, San
    Diego, California 92117-4325.

6

        On the date shown below,  I served the foregoing document described as:

7

JOINT MOTION TO DISMISS, [PROPOSED] ORDER ON JOINT MOTION TO

8   DISMISS
    Robinson v. Saturn, Case No. 08-cv-0621 W RBB

9

10   to the interested parties in this action by mail at San Diego, California addressed as follows:

11   Amy L. Sjolander
    Ruben & Sjolander

12   1875 Century Park East, Ste. 1050
    Los Angeles, CA, 90067

13

    [X]    (**BY EFILE)** The above document was served on the interested party named above by

14           electronic means via Efile.

15   [ ]    (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the
            addressee.

16

    []     (**STATE**) I declare under penalty of perjury under the laws of the State of California that

17           the above is true and correct.

18   [X]    (**FEDERAL**] I declare that I am a member of the bar of this court.

19

        Executed on July ____, 2008, at San Diego, California.

20

21

                                        <u>/s/Michael E. Lindsey</u>

22                                       Michael E. Lindsey

23

24

25

26

27

28

                                                                                    1