FILED

08 JUL 10 PM 4:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SATURN CORPORATION,<br><br>　　　　　　Defendant. | CASE NO: 08-CV-621 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 12]** |

　　　Pending before the Court is the parties' joint motion to dismiss the case with prejudice. Good cause appearing, the Court **GRANTS** the motion (Doc. No. 12).

**IT IS SO ORDERED.**

DATE: July 10, 2008

　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Southern District of California