**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ROBINSON v. SATURN CORPORATION                    Case No. 8cv0621 W(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                     Rptr.

                            Attorneys
        Plaintiffs                          Defendants

Michael Lindsey                       David Ruben

PROCEEDINGS:     ___ In Chambers     ___ In Court     ___ Telephonic

The settlement disposition conference on August 8, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on July 9, 2008.

DATE: July 10, 2008              IT IS SO ORDERED:   *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc: Judge Whelan                                  INITIALS: VL (mq/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\ROBINSON621\MINUTE02.wpd